CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Alfredo Quintana-De La Rosa**<br>YOB: 1971; Citizen of Mexico | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>**18-07676MJ** |

Complaint for violation of Title 8, United States Code Sections 1326(a) and (b)(1)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about November 20, 2018, at or near Sasabe, in the District of Arizona, **Alfredo Quintana-De La Rosa**, an alien, entered, and was found in the United States of America after having been denied admission, excluded, deported, and removed from the United States through San Ysidro, California on September 17, 2018 and without obtaining the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Section 1326(a), enhanced by Title 8, United States Code, Section 1326(b)(1), a felony.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

**Alfredo Quintana-De La Rosa** is a citizen of Mexico. On September 17, 2018, **Alfredo Quintana-De La Rosa** was lawfully denied admission, excluded, deported and removed from the United States through San Ysidro, California. On November 20, 2018, agents found **Alfredo Quintana-De La Rosa** in the United States at or near Sasabe, Arizona, without the proper immigration documents. **Alfredo Quintana-De La Rosa** did not obtain the express consent of the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States.

MATERIAL WITNESSES IN RELATION TO THE CHARGE:

| DETENTION REQUESTED<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br>CMN/JJO<br>AUTHORIZED AUSA /s/Carolyn M. Nedder | SIGNATURE OF COMPLAINANT (official title)<br><br>OFFICIAL TITLE<br>Border Patrol Agent |
|---|---|
| Sworn to before me and subscribed in my presence | |
| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>November 21, 2018 |

[1] See Federal rules of Criminal Procedure Rules 3 and 54